478 A.2d 898

Commonwealth v. Wilson, Appellant.

Reargument Denied Aug. 7, 1984.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued April 10, 1984.   James N. Fitzsimmons, Jr., for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

478 A.2d 82

Commonwealth v. Wise, Jr., Appellant.

Submitted May 18, 1984.   Phillip L. Clark, Jr., for appellant;  William M. Panella, District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.